PH

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED
NOV 04 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael King
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:19-cv-07253
Judge Thomas M. Durkin
Magistrate Judge Sidney I. Schenkier
PC 3

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

___    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Michael King

B. List all aliases: N/A

C. Prisoner identification number: 2018111 6196

D. Place of present confinement: Cook County

E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Bishop #17301

Title: Police Officer

Place of Employment: Chicago Police

B. Defendant: ~~Cook~~ City of Chicago

Title: N/A

Place of Employment: N/A

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 6, 2018 as I was walking, talking to a friend 3 officers including officer Bishop #17301 rolled up beside me and exited their vechicle I fled but after I was caught I was attacked by the legs with 1 officer, my inter-section by one officer and upper body by one officer. But after having control of me one of the officers whom I assume was officer Bishop #17301 deliberately punched me in my face. The other officers held me down as the officer deliberately punched me in the face. I was never given medical attention soon thereafter, but taken straight to the police station. Only after one of the officers seen

how swollen my face was did he recommend medical attention. Any time officers use force medical attention should be immediately sought. These officers who is known for over using their force even after they had control of me decided to at their own will beat me up. Due to this incident I have continuous headaches. These officer are racist and harassed me up until they found the opportunity to attack me. I believe I have permanent head injury as a result of this.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$20,000 Compensatory and Punitive damages

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of 10, 2019

Michael King
(Signature of plaintiff or plaintiffs)

Michael King
(Print name)

20181116196
(I.D. Number)

Chicago IL, 60608
P.O Box 089002
(Address)